UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE,<br><br>        Plaintiff,<br><br>   v.<br><br>TALLERICO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-01188-OWW-DLB (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN TWENTY (20) DAYS<br><br>(ECF NO. 2) |

Plaintiff Joshua Todd Woolridge ("Plaintiff") is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 1, 2010, Plaintiff filed a motion to proceed in forma pauperis.  (ECF No. 2.)

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

Court records reveal that pursuant to 28 U.S.C. § 1915(g),

Plaintiff is ineligible to proceed in forma pauperis and is required to submit the filing fee in full in order to proceed with this action. The Court takes judicial notice of the following cases that qualify as strikes pursuant to 28 U.S.C. § 1915(g): *Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir., et al.*, 5:04-cv-01602-UA-MAN(C.D. Cal.) (dismissed 01/20/2005 for failure to state a claim); *Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir.*, 5:06-cv-01351-UA-MAN(C.D. Cal.) (dismissed 01/03/2007 for failure to state a claim); *Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir.*, 5:07-cv-00229-UA-DUTY (C.D. Cal.) (dismissed 03/20/2007 for failure to state a claim); *Woolridge v. City/County of Riverside, et al.*, 5:08-cv-01815-UA-MAN (C.D. Cal.) (dismissed 01/16/2009 for failure to state a claim); *Woolridge v. City/County of Riverside, et al.*, 5:09-cv-00314-UA-MAN(C.D. Cal.) (dismissed 02/23/2009 for failure to state a claim); *Woolridge v. Cal. Dep't of Corr. & Rehab., et al.*, 1:09-cv-00158-AWI-GSA (E.D. Cal.) (dismissed 05/15/2009 for failure to state a claim); *Woolridge v. Cal. Dep't of Corr. & Rehab.*, 2:09-cv-00734-JAM-GGH (E.D. Cal.) (dismissed 07/27/2009 for failure to state a claim); *Woolridge v. Anwar*, 5:09-cv-01377-UA-MAN (C.D. Cal.) (dismissed 07/29/2009 for failure to state a claim).

Plaintiff's complaint alleges that he was denied due process when he was housed in a level four maximum custody level facility. Plaintiff's pleading do not demonstrate he is under imminent danger of serious physical injury. Plaintiff is required to pay the $350.00 filing fee before proceeding in this action.

1  Accordingly, it is HEREBY ORDERED that Plaintiff's motion to
2 proceed in forma pauperis is DENIED.  Plaintiff is ordered to pay
3 the $350.00 filing fee in full within **twenty (20) days** from the
4 date of service of this order.  Failure to pay the filing fee
5 will result in dismissal of this action.
6 IT IS SO ORDERED.
7 **Dated:   July 7, 2010**                         /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE