# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | 1:10-CV-01188-OWW-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |
| v. | |
| TALLERICO, et al., | |
| Defendants. | |

Plaintiff Joshua Todd Woolridge ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se. On July 8, 2010, the Court denied Plaintiff's motion to proceed in forma pauperis in this action because Plaintiff accumulated three or more cases that were dismissed as frivolous, malicious, or for failure to state a claim. *See* 28 U.S.C. § 1915(g); Order Denying Mot., Doc. 5.

Plaintiff was ordered to pay the filing fee in full within twenty days. More than twenty days have passed, and Plaintiff did not pay the filing fee.

1

Accordingly, it is HEREBY ORDERED that this action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee.

IT IS SO ORDERED.

**Dated:   March 1, 2011**               /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE